■ RUTH B. ROSENBERG, Respondent, v ALLEN P. ROSENBERG, Appellant. NIXON, HARGRAVE, DEVANS & DOYLE, Respondent.—Motion for resettlement and for other relief granted to the extent of deleting from the decision dated April 4, 1986 (119 AD2d 997) and from the ordering paragraph of the remittitur order entered April 4, 1986 the words "with costs" and inserting in place thereof the words "without costs". Present—Callahan, J. P., Doerr, Denman and Green, JJ.

■ In the Matter of VICTOR ORZECHOWSKI, an Attorney.— Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Dillon, P. J., Boomer, Pine, Balio and Schnepp, JJ. (Order entered Apr. 3, 1986.)